UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JESSE LEE DRONES,<br><br>    Plaintiff,<br>VS.<br><br>NATHANIEL QUARTERMAN,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. H-07-2462<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 23rd day of August, 2007.

_____
Melinda Harmon
United States District Judge